IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr216-DCB-FKB

YAN FEI TANG

**FINAL ORDER OF FORFEITURE**

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [20]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on April 22, 2019, this Court entered an Amended Agreed Preliminary Order of Forfeiture [16], ordering the Defendant, **YAN FEI TANG,** to forfeit the following:

(1) $68,124 in United States Currency seized on February 22, 2017, from the China Buffet II Restaurant located at 2210 N. Frontage Road, Meridian, MS;

(2) $437,046 in United States Currency seized on February 22, 2017, from safe deposit box number XX at Citizen's National Bank located at 512 22nd Avenue, Meridian, MS;

(3) $86,070 in United States Currency seized on February 22, 2017, from 1108 61st Court, Meridian, MS;

(4) $106,000 money judgment in lieu of real property located at 3808 North Hills Street, Meridian, MS;

(5) Insurance payment or proceeds relating to the 2007 Ford E-350 van bearing Mississippi tag number 1AQ943 and VIN: 1FBSS31L87DA58040; and

(6) $34,000 in United States Currency in lieu of $34,212.94 in funds held in Citizens National Bank Account Number XXXXX4100 held in the name of Lin's China Buffet of Meridian, Inc.

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified all known third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, other than Yan Yun Ni, Dan Qiu Qiu, Fai Kam Ngai, Xiao Lin Qiu, Dan Fei Qiu, and Bin Qin Lin, no other potential claimants are known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(6), 8 U.S.C. § 1324(b), and 28 U.S.C. § 2461;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property:

(1) $68,124 in United States Currency seized on February 22, 2017, from the China Buffet II Restaurant located at 2210 N. Frontage Road, Meridian, MS;

(2) $437,046 in United States Currency seized on February 22, 2017, from safe deposit box number XX at Citizen's National Bank located at 512 22nd Avenue, Meridian, MS;

(3) $86,070 in United States Currency seized on February 22, 2017, from 1108 61st Court, Meridian, MS;

(4) $106,000 money judgment in lieu of real property located at 3808 North Hills Street, Meridian, MS;

(5) Insurance payment or proceeds relating to the 2007 Ford E-350 van bearing Mississippi tag number 1AQ943 and VIN: 1FBSS31L87DA58040; and

(6) $34,000 in United States Currency in lieu of $34,212.94 in funds held in Citizens National Bank Account Number

XXXXX4100 held in the name of Lin's China Buffet of Meridian, Inc.

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(6), 8 U.S.C. § 1324(b), and 28 U.S.C. § 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 9th day of August 2019.

    /s/ David Bramlette
UNITED STATES DISTRICT JUDGE